Order issued January 3 , 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01717-CV

## IN RE PERRY LEWIS SMART, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 1256097**

# O R D E R

Before Justices O'Neill, Francis, and Murphy

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

_____
MARY MURPHY
JUSTICE